# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

RANDALL DAVID DUE (ANC)
See EXHIBIT B
By: Real Party of Interest
Authorized Representative/Agent
Due, Randall David
*Plaintiff(s)/Petitioner(s)*

v.

Bureau of Prisons (BOP) central
et al.,

*Defendant(s)/Respondent(s)*

Case Number: 19-1168-JPG
*(Clerk's Office will provide)*

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law
[x] Jury Trial Demand
[x] 28 USC § 1332 Diversity Claim
[x] Punitive Damages Claim
EXHIBIT C: AFFIDAVIT NOTICE OF ACCEPTANCE
OF "CONTRACT" OFFER

## I.    JURISDICTION

Plaintiff:    RANDALL DAVID DUE

A.    Plaintiff's mailing address, register number, and present place of confinement.

FCI-Greenville, P.O. Box 5000
Greenville, IL 62246

**Defendant #1:**

B.    Defendant __Bureau of Prisons Central et al.__ is employed as
          (a)    (Name of First Defendant)
'person' agency of the Department of Justice
_____
       (b)    (Position/Title)
with   Federal Bureau of Prisons et al.,  (BOP)
_____
       (c)    (Employer's Name and Address)
320 First St., NW ; Washington, DC 20534
_____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain:

Employed as an agency 'person' of the Department of Justice
acting as an Debt Collection agency, without being the holder in Due
course of the Original "Judgment"/"Contract."

Rev. 7/20/18                                        1

Defendant # 2:

C. Defendant -unknown name- is employed as 'CEO' with the Federal Bureau of Prisons et al., 320 First St., NW; Washington, DC 20534.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 3:

D. Defendant -unknown name- is employed as 'CFO' with the Federal Bureau of Prisons et al., 320 First St., NW; Washington, DC 20534.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 4:

E. Defendant -South Central Regional office 'person' is employed as an agency of the Bureau of Prisons with the Federal Bureau of Prisons, at 344 Marine Forces Drive, TX. 75051.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 5:

F. Defendant -unknown name- is employed as 'CEO' with South Central Office, at 344 Marine Forces Drive, Grand Prairie, TX 75051.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 6:

G. Defendant -unknown name- is employed as 'CFO' with South Central Office at 344 Marine Forces Drive, Grand prairie, TX 75051.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 7:

H. Defendant -FCI-Gilmer 'person' is employed as an agency of the Bureau of Prisons with the Bureau of Prisons at FCI-Gilmer, P.O. Box 5000, 201 FCI LN Glenville, WV 26351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 8:

I. Defendant -Gomez- is employed as the 'warden' with FCI-Gilmer at P.O. Box 5000, 201 FCI LN, Glenville, WV 26351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 9:

J. Defendant - Yeager- is employed as Cpt. of Security with FCI-Gilmer at P.O. Box 5000 - 201 FCI LN, Glenville, WV 25351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

2

Defendant # 10:

K. Defendant -Messer- is employed as Associate Warden of Education with FCI-Gilmer at P.O. Box 5000 - 201 FCI LN, Glenville, WV 26351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 11:

L. Defendant -Yarber- is employed as SIS Lt. with FCI-Gilmer at P.O. Box 5000 - 201 FCI LN, Glenville, WV 26351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 12:

M. Defendant -Bishoff- is employed as SHU Lt. with FCI-Gilmer at P.O. Box 5000 - 201 FCI LN, Glenville, WV 26351
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 13:

N. Defendant - Mrs. Yeager- is employed as Education Supervisor with FCI-Gilmer at P.O. Box 5000, 201 FCI LN, Glenville, WV 26351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 14:

O. Defendant -Ms. Wallace- is employed as Education Officer with FCI-Gilmer at P.O. Box 5000, 201 FCI LN, Glenville, WV 26351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 15:

P. Defendant -Ms. Stopher- is employed as Education officer with FCI-Gilmer at P.O. Box 5000, 201 FCI LN, Glenville, WV 26351.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendant # 16:

Q. Defendant -FCI-Greenville 'person'- is employed as an agency of the Bureau of Prisons with the Bureau of Prisons at FCI-Greenville, P.O. Box 4000, 4th and 40th St., Greenville, IL 62246
Defendant was employed by the fedweral government as an employee of the DOJ/BOP.

Defendant # 17:

R. Defendant -Werlich- is employed as Warden of FCI-Greenville at P.O. Box 4000, 4th and 40th St., Greenville, IL 62246.
Defendant was employed by the federal government as an employee of the DOJ/BOP.

Defendants # 18 thru 24:
S., T., U., V., W., X., Y., & Z. Defendants -unknown names- are employed as staff of Unit team, SIS, Security & R&D at FCI-Greenville at P.O. Box 4000, 4th and 40th St., Greenville, IL 62246.
Defendants were employed by the federal government as an employee of the DOJ/BOP.

2(A)

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes  ☒No

NA

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

NA

1.    Parties to previous lawsuits:
Plaintiff(s):

NA

Defendant(s):

2.    Court (if federal court, name of the district; if state court, name of the county):
NA

3.    Docket number:
NA

4.    Name of Judge to whom case was assigned:
NA

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):
NA

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):
NA

7.    Approximate date of filing lawsuit:

Rev. 7/20/18                    NA                    3

8.   Approximate date of disposition:

NA

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

NA

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution?  ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?
Tort Claim

2.   What was the result?

Denied : See EXHIBIT A

D.   If your answer is NO, explain why not.

NA

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

NA       NA

F.   If your answer is YES,
1.   What steps did you take?

NA

2.   What was the result?

NA

G.    If your answer is NO, explain why not.

NA

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the Instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| Submit to Appropriate Federal Agency: General Counsel Federal Bureau of Prisons et al. 320 First St., NW Washington, DC 20534 | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. DUE, RANDALL DAVID #96294020 FCI-Greenville, P.O. Box 5000 Greenville, IL 62246 By: Due, Randall David Authorized Representative/Agent |
|---|---|

| TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 26th May 51 | 5. MARITAL STATUS M | 6. DATE AND DAY OF ACCIDENT 1-3-2019 | 7. TIME (A.M. OR P.M.) PM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See annexed Affidavit(s) for details which provides defendant(s) a 14 day grace period to SHOW CAUSE to the contrary to avoid default pursuant to FRCP Rule 8

### PROPERTY DAMAGE

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. See Instructions on reverse side).

See annexed Affidavit(s)

### 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See annexed Affidavit(s) for details

### 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Associate Warden Greenfield | BOP transfered from Gilmer to another unknown BOP facility |
| Brent Swallers (injured party) | I believe he was released from the BOP custody current address unknown |

12. (See Instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $24,960,000.00 | | $24,960,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side). By: Due Randall David | 13b. PHONE NUMBER OF PERSON SIGNING FORM NONE | 14. DATE OF SIGNATURE 21st Aug 2019 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

5

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

<u>Parties</u>: Bureau of Prisons (BOP) in Washington, DC et al., it's CEO & CFO; and South Central Regional Office of the BOP as well as it's CEO & CFO; and FCI-Gilmer BOP facility at Glenville, WV., and it's staff: Warden Gomez, Cpt. Yeager, Associatye Warden of Education Messer, SIS Lt. Yarber, SHU Lt. Bishoff, Education Supervisor Mrs. Yeager, Education officers Ms. Wallace and Ms Stopher & unknown others who may have been involved; and FCI-Greenville,BOP facility at greenville, IL and its Warden Werlich; and seven (7) unknown staff of unit Team, SIS, Security and R&D.

<u>Where</u>: FCI-Gilmer BOP facility ar Glenville, WV and FCI-Greenville BOP facility at Greenville, IL; and Washington, DC BOP office and South Central Regional Office at Grand Prairie, TX.

<u>When</u>: Begining on the date of 1-3-2019 and continuing thru the present

<u>Events</u>: Violation of Rights as secured and protected by the U.S. Constitution and laws pursuant thereto, especially violation of -18 USC § 241- Conspiracy against Rights.

<u>Surety</u>: Corporate Entites and individuals in their Official Capacities -- their Fidelity Bonds and public official Liability Insurance or equivalent; and the assets of their coporate employers; and their own personal assets as individuals in their private capacity.

Details to be provided in 'Discovery.'

NOTICE

Due, Randall David is also acting as 'proxy' for Brent Swallers injury, which is included in this suit.

Rev. 7/20/18                                    6

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

[x]    Compensation in the amount of: $ 24,960,000.00          per named party.
[x] Punitive Damages in the amount of nine (9) times the amount of Compensation above.
[x] Defendants will pay all costs, fees & taxes incurred in the obtaining of these funds.
[x] All moneys are to be paid to the court, as the appointed 'trustee,' within 30 days
   of Judgment, then distributed as directed by the plaintiff. Any failure to submit
   funds within the timelimit herein will be considered Contempt of Court.
[x] Parties are severally and jointly commercially liable for all damages.
[x] Corporate entities, as 'persons' are counted as commercially liable as employers.

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed    22ᴺᴰ Oct 2019            (seal) By: _____
on:            (date)                          Signature of Plaintiff
                                          Authorized Representative/Agent
c/o Temporary location
   P.O. Box 5000                          Due, Randall David
         Street Address                        Printed Name

   Greenville, IL 62246                    # 96294020
         City, State, Zip                     Prisoner Register Number
                                          All Rights Reserved/Without Recourse


   _____
      Signature of Attorney (if any)

Rev. 7/20/18                              7

## EXHIBIT A



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

---

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

September 17, 2019

Randall Due
Reg. No. 96294-020
FCI Greenville
PO Box 5000
Greenville, IL 62246

Re: Administrative Claim Number TRT-MXR-2019-06860

Dear Mr. Due:

This will acknowledge receipt on September 5, 2019, of your administrative claim for personal injury on January 30, 2019.  You claim a sum certain of $24,960,000.

Your claim has been considered for administrative settlement under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et. seq.*, and authority granted under 28 C.F.R. § 0.172.  Specifically, you claim a violation of your rights "as secured and protected by the U.S. Constitution and Laws pursuant thereto, especially violation of 18 USC § 241 – Conspiracy against Rights."

To be actionable under the Federal Tort Claims Act, a claim must allege that the United States would be liable to the claimant as a private person in accordance with the law of the place where the act or omission occurred.  Because state law does not establish liability for a claim such as yours, the United States has not rendered itself liable and thus your claim is not cognizable.

Based on the above, your claim is denied.  This is a final denial of your claim.  If you are not satisfied with this determination, you have six months from the date of mailing of this letter to bring suit in an appropriate United States District Court, should you wish to do so.

Sincerely,



Digitally signed by DEBBIE STEVENS
DN: c=US, o=U.S. Government,
ou=Dept of Justice, ou=BOP,
cn=DEBBIE STEVENS,
0.9.2342.19200300.100.1.1=15001002
Date: 2019.09.17 08:59:37 -04'00'

Regional Counsel



## Work Item 941694800028
## Original File Number 941694800028

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
03/21/2017 11:59 PM

Steve Simon
Secretary of State

EXHIBIT (B)

# Office of the Minnesota Secretary of State
### Certificate of Assumed Name
*Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

ASSUMED NAME:                    **RANDALL DAVID DUE**

PRINCIPAL PLACE OF BUSINESS: **179 green Street East  Pelham GA 31779 USA**

NAMEHOLDER(S):

| Name: | Address: |
|---|---|
| **Randall David Due** | **179 Green Street East  Pelham GA 31779 USA** |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY: **Due, Randall David**

MAILING ADDRESS:               **None Provided**

EMAIL FOR OFFICIAL NOTICES:   **duze24@bellsouth.net**

COPY

Illinios State )
                )ss
Bond County )

Georgia, Lamar County
I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears of record in this office.
This 19TH day of SEPTEMBER, 20 19.

Deputy Clerk, Lamar Superior Court

EXHIBIT C

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
SEP 19 2019 AT 10:49 A M
BPA BOOK . 101 PAGES 15
DEPUTY CLERK

AFFIDAVIT NOTICE OF ACCEPTANCE OF "CONTRACT" OFFER

To: All Public Officials, Officers, Employees and Agents of the Government; and of the Federal District "legislative" Court system of "Limited Jurisdiction," the U.S. Marshal Service, the Department of Justice, -and- it's various "agencies" especially the Bureau of Prisons (BOP).

-CERTIFICATION-

I, Randall of the Clan "Due," the living flesh and blood man, Political prisoner/ Public Minister/ Civil Rights Advocate proxy for the Public's (We the People's) Benefit certify under my own commercial liability that the following is true, correct, materially complete and not misleading to the best of my knowledge and belief.

In recognition of your service to the community, acting in the capacity as "grantee" I 'accept' your Oaths to support the Constitutions of the State and the United States of America.

Please provide me with a certified copy of your Oath as proof that you are not impersonating a public officer.

We now have a "CONTRACT" BETWEEN US, whereby I require you to remain within the confines of the declaration of rights preceding and attaching to the Constitution for the United States of America.

You made the offer to the public that you would uphold the constitutions for the State and the United States in consideration for the opportunity to serve the public, as a 'public servant' (trustee of the public trust), and receive compensation from the public coffers for doing so.

I 'accept' your offer as a 'contract' between us, whereby I require you to perform according to your Oaths. Now we have Offer, Acceptance (meeting of the minds) and Consideration, and as the constitutions say; "This oath shall be binding upon your conscience." Not knowing the parameters of the Oaths you have sworn to uphold is dereliction of duty. The said constitutions forbid the government, at any level, from impairing obligation of contract. Therefore, any law which has been passed by a government, may not impair our contract, meaning you are obligated to uphold My Rights. If you do not have an Oath or a Bond, you are guilty of impersonating an official, which is a felony and leaves you without immunity. People who have taken oaths to uphold the state and national constitutions should know and reside within the confines of their authority.

If you have no Oath, and/or if you have no Bond on file, you are impersonating a public officer, and have no immunity, and are not protected by statutes which may appear to give you some immunity and protection from such things as impeachment/liens/

(1)

COPY

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
SEP 19 2019 AT 10:49 AM
BPA BOOK ___101___ PAGES _16_

Human Rights Violations -and- Criminal prosecution against public officials, DEPUTY CLERK officers and government employees. A person to fill a term of office is not permitted to assume the duties of the office until he files a bond and oath of office, which must be done before the commencement of the term, or the office shall be deemed vacant. See People v. Quimby, 152 Colo. 231, 381 P. 2d 275 (1963).

See EXHIBIT "A" for supporting evidence of your Fiduciary duties/obligations to the public (We the People), the beneficiaries of the public trust.

Maxim of Law: An unrebutted Affidavit stands as Truth in Commerce.

Failure to rebut, if you believe you have evidence to the contrary, shall be construed to be Deliberately Evasionary of Due Process of Law, FRAUD on your part.

"Silence can only be equated with FRAUD where there is a legal and moral "Duty" to speak where an inquiry left unanswered would be misleading." United States v. Tweel 550 F 2d 297-300 (1977).

## NOTICE TO RESPOND/SHOW CAUSE

Notice is given to any and all who may have evidence of rebuttal, to rebut this Affidavit Acceptance by your own Affidavit or Declaration, sworn under penalty of perjury to be true, correct, materially complete and not misleading, within 14 days or to be collaterally estopped from proceeding against me. It is prima facie evidence that everyone stipulates to this Affidavit Acceptance and "ACCEPTS" is as a binding 'contract' if they do not rebut it.

My fee for proceeding with any matter which would prejudice My Rights in this 'contract,' in the absence of a rebuttal by sworn Affidavit or Declaration, with supporting evidence to the contrary, is $10,000.00 per day, payable by the Plaintiff and his attorney.

## CLEAN HANDS/GOOD FAITH

This Affidavit is not presented for light or transient reasons, not engaged in for purposes of harassment, and not engaged in for purposes of impeding court process. It is not the intent of this process to cause you anxiety, fear, distress, offense or alarm, or to impede court procedures. This process is specifically and expressly intended to provide you with every adminiatrative opportunity to Honor and Execute your Fiduciary Duties/Obligations/Responsibilities Faithfully and Lawfully as 'trustees' of the public trust.

I reserve the Right to Amend this and/or any other document, if necessary, in order that the Truth may be made more fully ascertained and justly determined.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Date: 29TH Aug 2019
Affirmed

Respectfully

(seal)By: _Due Randall David_
Due, Randall David
Authorized Representative/Agent
All Rights Reserved/Without Recourse

Right Thumb Print



(2)

CERTIFIED MAIL

R. DUE #96294020
federal correctional institute
P.O. Box 5000
Greenville, IL 62246

7018 2290 0001 4491 4075





U.S. POSTAGE PAID
FCM LG ENV
GREENVILLE, IL
62246
OCT 23 19
AMOUNT
**$0.00**
R2305K134459-07

1099

62201

MAIL CLEARED
US MARSHALS

LEGAL MAIL

Southern District of Illinois

Clerk of U.S.D.C.
750 East Saint Louis, IL  62201

750 Missouri
East St Louis 62201

LEGAL MAIL

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 4000
GREENVILLE, IL 62246

The enclosed letter was processed on 10/12/19 through



